LEHIGH VALLEY RAILROAD COMPANY, Respondent, *v.*
AUBURN CONSTRUCTION COMPANY, Appellant.

*Lehigh Valley R. R. Co.* v. *Auburn Construction Co.*, 142 App.
Div. 928, affirmed.
(Argued January 27, 1913; decided February 11, 1913.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the fourth judicial department,
entered January 31, 1911, affirming a judgment in favor
of plaintiff entered upon a verdict directed by the court
in an action to recover freight charges and demurrage
on several carloads of material shipped to defendant over
plaintiff's railroad.

*E. C. Aiken* for appellant.

*J. M. Brainard* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, CHASE, COL-
LIN, CUDDEBACK and MILLER, JJ.

---

UNION TRUST COMPANY OF NEW JERSEY, Appellant, *v.*
LLOYD G. McCRUM, Respondent.

*Union Trust Co. of N. J.* v. *McCrum*, 145 App. Div. 409, affirmed.
(Argued January 27, 1913; decided February 11, 1913.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered
June 19, 1911, reversing a judgment in favor of plaintiff
entered upon a verdict and granting a new trial in an
action upon a promissory note.

*Burt D. Whedon* for appellant.

*William P. Maloney* for respondent.

Order affirmed and judgment absolute ordered against
appellant on the stipulation, with costs in all courts; no
opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, CHASE, COL-
LIN and CUDDEBACK, JJ. Not sitting: MILLER, J.
46